**FILED**

MAY 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0101 (RMU) |
| : | |
| PAUL A. MILLSTEIN, : | |
| : | |
| Defendant. : | |

### SENTENCING SCHEDULING ORDER[1]

It is this __1st__ day of __May__ 2007,

**ORDERED** that the sentencing in this matter be set for __Sept. 4 2007__ at __10 AM__; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).