NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 07-0101 (RMU)
)
)
Paul A. Millstein )
(DEFENDANT)

**FILED**

MAY 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☑ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Henry E. Schuelke IV    91579
(Attorney & Bar ID Number)

Janis, Schuelke & Wechsler
(Firm Name)

1728 Mass. Ave., N.W.
(Street Address)

Wash        D.C.        20036
(City)      (State)     (Zip)

202-861-0600
(Telephone Number)