NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

**FILED**
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         )
                                 )
                                 )
          vs.                    ) Criminal No. 07-0101 (RMU)
                                 )
                                 )
 Paul Millstein                  )
 _____
         Defendant


To:  Nancy Mayer-Whittington, Clerk

You are hereby notified that I appear for the defendant indicated in the above entitled action.

I am appearing in this action as:         (Please check one)


☐ CJA                ☑ RETAINED              ☐ FEDERAL PUBLIC DEFENDER


_____
        (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Whitney Ellerman    420486
(Attorney's Name and Bar ID Number)

Hunton & Williams
(Firm Name)

1900 K. Street, N.W.
(Street Address)

Washington,    DC    22207
(City)          (State)    (Zip)

Telephone No: (202) 955-1688