CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
vs. ) Criminal No.07-0101(RMU)
)
PAUL A. MILLSTEIN

**FILED**

MAY 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury, *in connection with his tendered plea of guilty.*

_____
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved: _____
Ricardo M. Urbina
United States District Court Judge