United States District Court
for the District of Columbia

**FILED**
MAY 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

PAUL A. MILLSTEIN

WAIVER OF INDICTMENT

Case Number: 07-0101 (RMU)

I, **Paul A. Millstein**, the above named defendant, who is accused of **Tax Evasion, Title 26, United States Code, Section 7201,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **May 1, 2007,** prosecution by indictment and consent that the proceeding may be by information rather than indictment, *for purposes of the tendered plea of guilty.*

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge