U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
MAY 1 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

PAUL A. BILZERIAN, : Case No. 07-101 (RMU)

Defendant. :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __1st__ day of __MAY, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __May 1, 2007__ by __Special Agent Christine Morrison__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Internal Revenue Service__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agent Christine Morrison__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) RICARDO M. URBINA

DOJ USA-16-1-80

COURT