UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          )
                                  )
                                  )
              vs.                 )          **DOCKET NO.: 07-101**
                                  )
        Paul A. Millstein         )


## O R D E R

The U.S. Probation Office completed and disclosed the Presentence Report on June 28, 2007.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment

of Presentence Investigation Report" was not executed by counsel for the government.

Accordingly, it is by the Court, this 23rd day of __July__, 20 07,

**ORDERED,** that within five days of the date of this Order, counsel for the government shall

execute the receipt and acknowledgment form and counsel for the government shall hand-deliver

the same to the U.S. Probation Office.

_____
Ricardo M. Urbina
United States District Judge

7/23/07
_____
DATE