UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 07-101(RMU) |
| | : | |
| PAUL A. MILLSTEIN | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO LATE-FILE SENTENCING MEMORANDUM**

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests leave to late-file the accompanying Memorandum in Aid of Sentencing. In support of this request, the Government represents that government counsel was on an overseas vacation when the Sentencing Memorandum was due and inadvertently failed to seek to enlarge time to file prior to departing on the trip. Further, the Government's position in the pleading is consistent with the plea agreement, and thus the granting of this Motion will not prejudice the defendant. Counsel for the defendant, Henry Schuelke, Esq., has represented he does not object.

WHEREFORE, the Government requests the Court grant this Motion.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:        /s/
Mark H. Dubester, D.C. Bar No. 339655
Assistant United States Attorneys
555 4th Street, NW, Room 5917
Washington, D.C. 20530
(202) 514-7986

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 07-101(RMU) |
| | : | |
| **PAUL A. MILLSTEIN** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Late-File Memorandum in Aid of Sentencing, it is this ___ day of August, 2007, hereby **ORDERED**

**THAT** the Government's Motion is Granted.

**SO ORDERED**.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE