UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
: 
v.  :  Crim. No. 07-101(RMU)
:
PAUL A. MILLSTEIN  :

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the <u>Government's Unopposed Motion to Late-File Memorandum in Aid of Sentencing</u>, it is this 30th day of August, 2007, hereby **ORDERED**

**THAT** the Government's Motion is Granted.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE