## HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>CR-07-101</u> |
| | : | |
| **vs.** | : | |
| | : | |
| **MILLSTEIN, Paul** | : | Disclosure Date: <u>June 28, 2007</u> |

**FILED**

SEP 4 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the
       attachment herein.

_____                              _____
**Prosecuting Attorney**                                          **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( ✓ )  There are material/factual inaccuracies in the PSI report as set forth in the
       attachment.

_____ 7/12/07                    _____ 7/12/2007
**Defendant**          **Date**                  **Defense Counsel    Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>July 12, 2007</u>, to U.S. Probation Officer <u>Tennille
Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                                    **Page 2**

Signed by:  _____
            (Defendant/Defense Attorney/AUSA)

Date:       _____7/12/2007_____