UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-0101 (RMU)
:
PAUL A. MILLSTEIN, :
:
Defendant. :

**FILED**
SEP 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 4 day of _____ 2007,

ORDERED that a progress hearing in the above-captioned case shall take place on March 10, 2008 at 10:A M.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge