## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                        :
            v.            :     Criminal Action No.: 07-0101 (RMU)
                        :
PAUL A. MILLSTEIN,          :
                        :
         Defendant.     :

**FILED**

MAR 1 0 2008

Clerk, U.S. District and
Bankruptcy Courts

## ORDER

It is this _10_ day of _March_ 2008,

**ORDERED** that a _progress_ hearing in the above-captioned case shall take place on _Oct. 6, 2008_ at _9:45_.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge